FILED
2009 Jan-15 PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Northwestern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] 3:08-CR-202- LSC-TMP |
| JASON FLOYD BAKER, | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Harwell G. Davis, III, United States Magistrate Judge [Doc. 26] entered the 21st day of November, 2008 as well as the objections to the Report and Recommendation made by the defendant [Doc. #27].  This court has made a *de novo* determination of those findings and portions objected to by the defendant in this case pursuant to 28 U.S.C. § 636(b)(1).

It is Ordered that the Report and Recommendation of the Honorable Harwell G. Davis, III, United States Magistrate Judge be accepted as entered.

Done this 15th day of January 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

**153671**